DAVID A. HUBBERT
Deputy Assistant Attorney General

KENTON MCINTOSH
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DOHNAL, | ) |
| Plaintiff, | ) Case No. 3:22-cv-00529-MDD-CBC |
| v. | ) **Stipulated Motion to Stay** |
| UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

Plaintiff Chris Dohnal and Defendant United States of America together respectfully move this Court for a stay of this case. In support of its motion, the United States asserts as follows:

1. On March 13, 2023, the United States conceded the merits of this case and is currently processing payment for Mr. Dohnal.

2. The Parties request an approximately sixty-day stay of the case, so that the United States can provide Mr. Dohnal the funds and the parties can resolve any remaining issues.

3. The Parties request that the Court order that a motion to dismiss or status report be due by May 19, 2023.

///

///

///

///

1

4. For these reasons, the Parties request that their motion for a stay be granted, and the Parties be ordered to submit a motion to dismiss or status report by May 19, 2023.

Dated: March 21, 2023.

| | |
|---|---|
| /s/ Chris Dohnal | DAVID A. HUBBERT |
| CHRIS DOHNAL | Deputy Assistant Attorney General |
| Pro Se Plaintiff | /s/ Kenton McIntosh |
| | KENTON MCINTOSH |
| | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| | *Attorney for Defendant* |

The parties are directed to file dismissal documents or a status report by May 19, 2023.

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE,

DATED: __March 22, 2023__