1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
   KENTON MCINTOSH
3  Trial Attorney, Tax Division
   U.S. Department of Justice
   P.O. Box 683
4  Washington, D.C. 20044
   Phone: 202-514-3768
5  Fax: 202-307-0054
   Kenton.McIntosh@usdoj.gov
6
   *Counsel for the United States*
7

8  CHRIS DOHNAL
   500 Cloud Break Dr
9  Reno, NV 89506
   (650) 492-1512
10 chris@cwdohnal.com

11
                    **UNITED STATES DISTRICT COURT**
12                       **DISTRICT OF NEVADA**

13 CHRIS DOHNAL,
                                        Case No. 3:22-cv-00529-MDD-CBC
14         Plaintiff

15 v.                                   **STIPULATION FOR VOLUNTARY
                                        DISMISSAL WITH PREJUDICE**
16 UNITED STATES OF AMERICA,

17         Defendant

18 ///

19 ///

20 ///

21 ///

22 ///

1

1 | Plaintiff, Chris Dohnal, and Defendant, the United States of America, have agreed to a resolution of Plaintiff's 2018 federal income tax claim. The Parties hereby stipulate to dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 14, 2023.

*/s/ Chris Dohnal*
CHRIS DOHNAL

*Pro Se Plaintiff*

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorney for Defendant*

IT IS SO ORDERED:

Dated:  August 14, 2023

_____
U.S. District Judge